# MITCHESON & LEE LLP
www.mitchesonlee.com

One State Street, 15th Floor  
Boston, MA 02109  
Tel. 617.933.3880  
Fax 617.933.3881

H. Luke Mitcheson, Esq.  
luke@mitchesonlee.com

Garrett D. Lee, Esq.  
garrett@mitchesonlee.com



FORWARDED BY THE CITY CLERK TO THE
AUG 2 0 2018
LAW DEPARTMENT

August 14, 2018

*Via Certified Mail Return Receipt Requested:* 7011 1570 0001 2020 7552

Mayor Martin J. Walsh  
1 City Hall Square  
Suite 500  
Boston, MA 02201-2013

**Fee Due**

RECEIVED CITY CLERK'S OFFICE 2018 AUG 20 P 3:35 BOSTON, MA

RE: Notice of Massachusetts Tort Claim pursuant to G.L. c. 258, § 4 on behalf of Gregory Firmin

Dear Mayor Walsh:

This office represents Gregory Firmin, whose address is 14 Blue Hills Parkway, Milton, Massachusetts 02186. On December 1, 2017 at approximately 11:15 p.m., Mr. Firmin, a young African American man, was driving northbound on Blue Hill Avenue returning home from his work as a software engineer. He was driving at the speed limit, and was not committing any traffic or moving violations. Suddenly at the corner of Talbot Avenue numerous police vehicles suddenly blocked his way and ordered him to get out of the car. After getting out of his car, the officers threw Mr. Firmin to the ground and stomped on his neck. As a result of the officers' brutal physical assault, Mr. Firmin suffered significant injury of body and mind, including a broken bone in his neck. During the entire incident, Mr. Firman was fully compliant with the officers' instructions and presented no cause for a brutal take-down.

According to the police report, the police acted because an unidentified person whom the police did not know and whose phone number they apparently did not record, called to say that a person driving a black Ford had been following them with a firearm. While Mr. Firmin was pinned to the ground with the officers' feet on his neck, they searched his car and found no firearm. They then released him. Mr. Firman was brutally treated and seriously injured by the police action. He was also emotionally traumatized by the random stop and being thrown to the ground and beaten.

We have Mr. Firmin's medical records and bills and will provide them to you upon request. We would prefer to resolve this case in an amicable manner and look forward to hearing from you.

Please respond to this demand at your earliest convenience. If we have not received a response within six (6) months from the date of this occurrence, we will file the appropriate civil complaint on behalf of our client.

Thank you for your attention to this matter.

Very Truly Yours,

H. Luke Mitcheson

Co-counsel, Paul M. Glickman
Glickman LLC
One South Market Bldg., 4th Floor
Boston, MA 02109
pmg@glickmanllc.com
(617) 399-7770

CC:   *Via Certified Mail Return Receipt Requested:*

*7011 1570 0001 2020 7569*
William Gross, Boston Police Commissioner
One Schroeder Plaza
Roxbury Crossing, MA 02120

*7011 1570 0001 2020 7576*
Maureen Feeney
City Clerk for the City of Boston
1 City Hall Square Room 601
Boston MA 02201