# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY FIRMIN,<br>    Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, MASSACHUSETTS,<br>BOSTON POLICE DEPARTMENT,<br>OFFICER CARL NEMES, and<br>OFFICER WILLIAM ROBERTSON<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 1:19-CV-12158-ADB<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS CITY OF BOSTON AND CARL NEMES'S MANDATORY
DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a) AND LOCAL RULE 26.2**

**A.   PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION**

1. Gregory Firmin, 14 Blue Hills Parkway, Milton, Massachusetts.

   Mr. Firmin is believed to have information related to the subject matter alleged within the Second Amended Complaint.

2. Boston Police Officer Joao Depina, c/o Nieve Anjomi or John Fahey, l City Hall Room 615, Boston, MA 02201.

   Officer Depina likely has information related to his observations at the scene.

3. Boston Police Officer Jason Ezekiel, c/o Nieve Anjomi or John Fahey, l City Hall Room 615, Boston, MA 02201.

   Officer Ezekiel likely has information related to his observations at the scene.

4. Boston Police Officer Eamon LeBlanc-Shoemaker, c/o Nieve Anjomi or John Fahey, l City Hall Room 615, Boston, MA 02201.

Officer LeBlanc-Shoemaker likely has information related to his observations at the scene.

5. Boston Police Officer Samora Lopes c/o Nieve Anjomi or John Fahey, l City Hall Room 615, Boston, MA 02201.

   Officer Lopes likely has information related to his observations at the scene.

6. Boston Police Detective Robert Lundbohm c/o Nieve Anjomi or John Fahey, l City Hall Room 615, Boston, MA 02201.

   Detective Lundbohm likely has information related to his observations at the scene.

7. Boston Police Officer Jose Molina c/o Nieve Anjomi or John Fahey, l City Hall Room 615, Boston, MA 02201.

   Officer Molina likely has information related to his observations at the scene.

8. Boston Police Officer Carl Nemes c/o Nieve Anjomi or John Fahey, l City Hall Room 615, Boston, MA 02201.

   Officer Nemes likely has information related to his observations at the scene.

9. Boston Police Officer Paul Robertson c/o Nieve Anjomi or John Fahey, l City Hall Room 615, Boston, MA 02201.

   Officer Robertson likely has information related to his observations at the scene.

10. Boston Police Officer Joao Rodrigues c/o Nieve Anjomi or John Fahey, l City Hall Room 615, Boston, MA 02201.

    Officer Rodrigues likely has information related to his observations at the scene.

11. Boston Police Officer Ismael Sosa c/o Nieve Anjomi or John Fahey, l City Hall Room 615, Boston, MA 02201.

   Officer Sosa likely has information related to his observations at the scene.

12. Boston Police Officer Norman Texiera c/o Nieve Anjomi or John Fahey, l City Hall Room 615, Boston, MA 02201.

   Officer Texiera likely has information related to his observations at the scene.

The Defendants reserve their rights to amend and supplement this list throughout the discovery period in this case.

**B.   DESCRIPTION OF RELEVANT DOCUMENTS & THINGS**

   A.   Incident report dated December 1, 2017.

   B.   Letter from Lee Mitcheson dated August 4, 2018.

   C.   Audio recording of 911 call from 12/1/2017.

   D.   Audio recordings from dispatch from 12/1/2017.

   E.   Audio recordings of interviews of Joao Depina, Jason Ezekiel, Eamon Leblanc-Shoemaker, Samara Lopes, Robert Lundbohm, Jose Molina, Carl Nemes, Paul Robertson, Joao Rodrigues, Ismael Sosa, and Norman Texiera.

The Defendants reserve their rights to amend and supplement this list throughout the discovery period in this case.

**C.   DAMAGES COMPUTATION & INSURANCE AGREEMENTS**

The Defendants have not pleaded any damages.

The Defendants do not have any insurance which would extend coverage to the allegations contained in the Plaintiff's complaint.

**D.     EXPERT WITNESSES**

The Defendants do not have an expert witness at this time. The Defendants reserve their rights to amend and supplement this list in accordance with any scheduling order.

                        Respectfully submitted,

                        Defendants,

Dated: May 21, 2020          CITY OF BOSTON and CARL NEMES

                        By their attorneys,

                        Eugene L. O'Flaherty
                        Corporation Counsel

                        */s/ Nieve Anjomi*
                        Nieve Anjomi BBO# 651212
                        Senior Assistant Corporation Counsel
                        John A. Fahey, BBO#703399
                        Assistant Corporation Counsel
                        City of Boston Law Department
                        City Hall, Room 615
                        Boston, MA 02201
                        617-635-4034
                        Nieve.Anjomi@boston.gov
                        John.Fahey@boston.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 21, 2020, I served by email, a true copy of the Initial Disclosures to:

| | |
|---|---|
| Paul M. Glickman | |
| Glickman LLC | H. Luke Mitcheson, BBO#: 676386 |
| One South Market Building, 4th Floor | One State Street, Suite 1050 |
| Boston, MA 02109 | Boston, MA 02109 |
| pmg@glickmanllc.com | luke@mitchesonlee.com |

      /s/ Nieve Anjomi
      Nieve Anjomi