UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY FIRMIN,<br>    Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, MASSACHUSETTS,<br>BOSTON POLICE DEPARTMENT,<br>OFFICER CARL NEMES, and<br>OFFICER WILLIAM ROBERTSON<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 1:19-CV-12158-ADB<br>)<br>)<br>)<br>)<br>) |

**CITY OF BOSTON'S CERTIFICATION PURSUANT TO L.R. 16.1**

The City of Boston submits this certification, pursuant to Local Rule 16.1(d)(3), that its counsel and an authorized representative of the party have conferred: (A) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and (B) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Date: March 6, 2021                          Authorized Representative for the
                                                                              City of Boston

_____
Susan M. Weise
First Assistant Corporation Counsel

**CITY OF BOSTON,**

By its attorneys:

Eugene F. O'Flaherty
Corporation Counsel

*/s/ Nieve Anjomi*
Nieve Anjomi (BBO#651212)
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4098
nieve.anjomi@boston.gov

**Certificate of Service**

I, Nieve Anjomi, hereby certify that on March 8, 2021 a true copy of the above document will be served upon all parties of record via this court's electronic filing system and to those non-registered participants via first class mail.

*/s/ Nieve Anjomi*
Nieve Anjomi