UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:19-12158-ADB

GREGORY FIRMIN,

Plaintiff.

v.

CITY OF BOSTON, OFFICER CARL
NEMES, and OFFICER PAUL
ROBERTSON

Defendants.

STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, Gregory Firmin, and the Defendants, City of

Boston and Carl Nemes,[1] in the above-referenced action and hereby stipulate and

agree pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that all claims contained in the

Complaint are dismissed with prejudice and without costs and attorney's fees, and

that all rights of appeal are waived.

---

[1] Defendant Paul Robertson has not been served and has not appeared in the action.

Respectfully Submitted,                    Dated:  August 10, 2021


 GREGORY FIRMIN                            CITY OF BOSTON and CARL
                                           NEMES

/s/ Paul M. Glickman                       By their attorneys
_____
Paul M. Glickman FP373593 BBO              Eugene L. O'Flaherty
550840
Glickman LLC                               Corporation Counsel
One South Market Building, 4th Floor
Boston, MA 02109                           */s/ Nieve Anjomi*
Tel: 617-399-7770
Fax: 617-399-7775                          _____
pmg@glickmanllc.com                        Nieve Anjomi BBO# 651212
                                           Senior Assistant Corporation Counsel
/s/ Matthew H. Feinberg                    John A. Fahey, BBO#703399
                                           Assistant Corporation Counsel
_____                     City of Boston Law Department
Matthew H.Feinberg                         City Hall, Room 615
Law Offices of Matthew H. Feinberg         Boston, MA 02201
One South Market Building, 4th Floor       617-635-4034
Boston, MA 02109                           Nieve.Anjomi@boston.gov
Tel: 617-526-0770                          John.Fahey@boston.gov
mattfein@mhflaw.com


## CERTIFICATE OF SERVICE

        I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 10, 2021


 /s/Paul M. Glickman_____
 Paul M. Glickman